NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DR. FALK PHARMA GMBH,**
*Appellant*

**v.**

**GENERICO, LLC, FLAT LINE CAPITAL LLC, MYLAN PHARMACEUTICALS INC.,**
*Appellees*

---

2017-2312

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00297, IPR2016-01386, IPR2016-01409.

-------------------------------------------------------------------------

**SALIX PHARMACEUTICALS, INC., DR. FALK PHARMA GMBH,**
*Plaintiffs-Appellants*

**v.**

**MYLAN PHARMACEUTICALS INC., MYLAN INC.,**
*Defendants-Appellees*

---

2017-2636, 2018-1320

---

Appeals from the United States District Court for the Northern District of West Virginia in No. 1:15-cv-00109-IMK, Judge Irene M. Keeley.

-----------------------------------------------------------------------

**VALEANT PHARMACEUTICALS INTERNATIONAL, INC., SALIX PHARMACEUTICALS, INC., PROGENICS PHARMACEUTICALS, INC., WYETH LLC, FKA WYETH,**
*Plaintiffs-Appellees*

**v.**

**MYLAN PHARMACEUTICALS INC., MYLAN INC., MYLAN LABORATORIES LIMITED,**
*Defendants-Appellants*

**ACTAVIS LLC,**
*Defendant*

---

2018-2097

---

Appeal from the United States District Court for the District of New Jersey in Nos. 2:15-cv-08180-SRC-CLW, 2:15-cv-08353-SRC-CLW, 2:16-cv-00035-SRC-CLW, 2:16-cv-00889-SRC-CLW, 2:17-cv-06714-SRC-CLW, Judge Stanley R. Chesler.

---

**SUA SPONTE**

---

Before LOURIE, O'MALLEY, and REYNA, *Circuit Judges*.

PER CURIAM.

# **O R D E R**

Before the court is the movants' responses to this court's order to show cause. The movants agree that the court's precedential order may be unsealed and that no redactions are necessary.

Accordingly,

IT IS ORDERED THAT:

The precedential order issued under seal on February 8, 2019 is hereby unsealed.


                                                    FOR THE COURT


February 20, 2019                          /s/ Peter R. Marksteiner
          Date                                  Peter R. Marksteiner
                                                Clerk of Court

.